IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STUART IVEY, an individual,

      Plaintiff,    No. 2:11-cv-02322 JAM KJN

      v.

AT&T MOBILITY LLC, a Delaware Limited Liability Company, et al.,

      Defendants.    ORDER
_____/

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: September 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1